M. P. No. 79-471. GEORGE C. WOOD *v.* A. MARIE WOOD. The petition for writ of certiorari is denied.

Mr. Justice Doris and Mrs. Justice Murray did not participate. *George C. Wood,* pro se, for petitioner, *Gary Yesser,* for respondent.

M. P. No. 79-522. IN THE MATTERS OF: MELISSA E. AND PATRICIA E. Treating the petition for writ of prohibition as a petition for writ of certiorari, the petition for certiorari is granted and the writ shall issue forthwith. Petitioners' motion for stay is denied.

Mr. Justice Doris did not participate. *Mary M. Lisi,* Assistant Public Defender, for petitioners, *Chester Lupton,* Legal Counsel, Child Welfare Services.

January 17, 1980.

M. P. No. 79-404. MILOT BROTHERS COMPANY, INC. *v.* JEROME SMITH. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *William G. Savastano,* for petitioner, *Mark L. Smith,* for respondent.

M. P. No. 79-444. STATE *v.* JOSEPH E. ROQUE. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for plaintiff-respondent, *Lynch & Coleman, John D. Lynch,* for defendant-petitioner.

M. P. No. 79-487. JOHN ORZECHOWSKI *et al. v.* STATE. The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Decof, Weinstein & Mandell, Martin W. Aisenberg, Mark S. Mandell, Jay S. Goodman,* for petitioners, *Dennis J. Roberts II,* Attorney General, *John S. Foley,* Special Assistant Attorney General, for respondent.